# CIPRIANI & WERNER

### A PROFESSIONAL CORPORATION

————

### ATTORNEYS AT LAW

PHILIP A. DAVOLOS, III
pdavolos@c-wlaw.com

Admitted in PA, NJ and NY

415 Wyoming Avenue
Scranton, PA 18503

Phone:  (570) 347-0600
Fax:  (570) 347-4018

www.C-WLAW.com

A Mid-Atlantic Law Firm

Visit us online at
www.C-WLAW.com

April 29, 2024

*__Via ECF__*
JUDGE JULIA K. MUNLEY
U.S. District Court
Middle District of Pennsylvania
William J. Nealon Federal Building
P.O. Box 1247
Scranton, PA 18501-1247

      RE:   Michael Williams v Rapid Pallet, Inc. 3:22CV177
              Joint Status Letter

Dear Judge Munley:

We represent Defendant, Rapid Pallet, Inc., in the above-referenced matter. This letter is a joint submission, submitted on behalf of Defendant and Plaintiff, Michael Williams. Counsel for the parties met and conferred in accordance with the letter order issued by the Court on 4/22/24. Pursuant to the directives in that order we, on behalf of all parties, can report to the Court that the parties have not resolved the instant litigation and are awaiting the Court's ruling on Defendant's 12(b) motion as well as a motion for leave to amend filed by Plaintiff.

While it does not appear that this matter will resolve or be dismissed before the Court rules on the pending motions, counsel for the parties will advise the Court promptly upon any developments in this regard.

Thank you for your kind consideration.

Respectfully submitted,

Philip A. Davolos, III, Esq.

cc: Camille Fundora Rodriguez, Esquire (via ECF)