IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL WILLIAMS, individually and on behalf of all other similarly situated,<br>          Plaintiff<br><br>v.<br><br>RAPID PALLET, INC.,<br>          Defendant | No. 3:22cv177<br><br>(Judge Munley)<br><br>CLASS AND<br>COLLECTIVE ACTION |

## ORDER

**AND NOW**, to wit, this 6th day of May 2024, the defendant's motion to dismiss (Doc. 15) is hereby **GRANTED** as follows:

1) Plaintiff's amended complaint (Doc. 13) is dismissed without prejudice for failure to comply with Federal Rule of Civil Procedure 15 regarding filing of an amended pleading.

2) Plaintiff is granted twenty-one (21) days from the date of this order to either obtain consent of opposing counsel for filing an amended complaint; file a motion to amend the complaint; or indicate to the court that he intends to proceed with the original complaint.

3) Plaintiff's failure to comply with this order will result in the dismissal of this case with prejudice.

BY THE COURT:

_____
JUDGE JULIA K. MUNLEY
United States District Court