IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL WILLIAMS, individually and on behalf of all other similarly situated,<br>　　　　　　Plaintiff<br><br>　　　v.<br><br>RAPID PALLET, INC.,<br>　　　　　　Defendant | No. 3:22cv177<br><br>(Judge Munley)<br><br>CLASS AND COLLECTIVE ACTION |

## ORDER OF DISMISSAL

Upon notice to the court by counsel that this case has been resolved, (Doc. 43) it is hereby ordered that this case is dismissed without costs. The parties have sixty (60) days in which to consummate the settlement. The Clerk of Court is directed to close this case.

Date: 2/3/25

BY THE COURT:

JUDGE JULIA K. MUNLEY
United States District Court